UNITED STATES of America,
Plaintiff–Appellee,

v.

Ramon ARMENDARIZ, also known as
Sleepy, Defendant–Appellant.

No. 03–50401.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 14, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Ramon Armendariz, Oakdale, LA, for Defendant–Appellant.

---

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM: [*]

The attorney appointed to represent Ramon Armendariz on direct appeal has filed a motion to withdraw and a brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Armendariz filed a response in which he asserts that he did not waive his right to the preparation of a presentence report (PSR) and that a PSR would have indicated that his 180–month sentence constituted an upward departure from the Sentencing Guidelines range. Our independent review of the brief, Armendariz's response, and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.